UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Javier Sotelo Cantu,

    Plaintiff,

v.

Susan Humiston and Tim Crom,

    Defendants.

Case No. 18-cv-1288 (PJS/SER)

**ORDER**

---

Javier Sotelo Cantu, *pro se*; and

Kathryn Iverson Landrum, Minnesota Attorney General's Office (for Defendant Susan Humiston); and Nicholas Greggory Strafaccia, Jardine, Logan & O'Brien P.L.L.P (for Defendant Tim Crom).

---

The above-captioned case came before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' Motions to Dismiss, (ECF Nos. 30, 59), be **GRANTED**.

2. Sotelo Cantu's Complaint (ECF No. 1), be **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 2/6, 2019

                                                      *s/Patrick J. Schiltz*
                                                      Patrick J. Schiltz
                                                      United States District Judge